# CERTIFICATION
(HCF-16-01228-Incident Report)

I, Phillip Mitchell, hereby certify and affirm in writing that I am Phillip Mitchell of the Alabama Department of Corrections, organized or operated pursuant to or under the laws of Alabama, located at W. C. Holman Correctional Facility, Atmore, Alabama, and that the within copies of documents, are an exact, full, true and correct photocopy.

I further certify that the said documents are kept in the usual and regular course of business in the institutional/medical files currently located at W. C. Homan Correctional Facility, Atmore, Alabama.

*Phillip Mitchell*    9/20/17
PHILLIP MITCHELL     DATE

*Jennifer R. Parker*
NOTARY PUBLIC

My Commission Expires 3/26/2020
MY COMMISSION EXPIRES



Exhibit B

Alabama Department of Corrections

USE OF FORCE

INVESTIGATIVE REPORT

NCDT013

Incident No: HCF-16-01228

Date: 11/09/2016    Time: 6:35AM

List below personnel from Incident:
BULLARD, JERMAINE
MCQUIRTER, NATHAN
Wilson, Jessie
Hadley, Anthony
Pacheco, Alfie
Duren, Ernest
Finklea, Harry
Fountain, Danny
Arhtur, Charles

List below inmates from Incident:
MIMS, REGINALD
QUINNIE, FRED
CARMICHAEL, LEON
WILSON, JOHNNY
KING, QUINTON
FAULKNER, QUANDARIAN
ANDERSON, MARQUIS
SYKES, GREGORY
LOCKETT, DONALD
BROWN, MICHAEL
DANIELS, ALFONZO
FOWLER, HOLLIS
PAIGE, MARQUIS
REESE, ALVIN
HARLEY, REONTAY
WASHINGTON, BRANDON
ROBINSON, MOSES
ALLEN, DERRICK
BROWN, DEMARQUIS
BOONE, JOQUAN
HILL, PHILLIP
STANTON, JIMMY
BARNETT, RODRICKUS
HAMPTON, DARIUS
RUMPH, MICHAEL
JACKSON, MARCO
WILSON, MARK
DARWIN, TYMAINE
WILLIAMS, RODERICK
WILLIAMS, SHELBY

Run Date: 5/16/2017 12:12:14 PM

Page 1 of 2

Exhibit B

Alabama Department of Corrections

## USE OF FORCE
## INVESTIGATIVE REPORT

NCDT013

**Incident No:** HCF-16-01228

**Date:** 11/09/2016

**Time:** 6:35AM

MAULET, TIMOTHY
WASHINGTON, MARCUS
ROBERSON, SIRLISTER

**Type of Force:** Impact Weapon/ Physical/

**Finding:**

On November 7, 2016, the Southern CERT members entered B-Dormitory and ordered all inmates to remove sticks and tied up blankets from their beds. Several inmates refused to comply and became very hostile and aggressive toward the Southern CERT members. The inmates gathered in a threatening and intimidating manner around the CERT members stating, "This is 2016, and we run this, slavery is over with, we already done killed one of y'all." On November 9, 2016, North Central, South Central and Southern Team CERT members entered B-Dormitory to arrest the suspects. Several of the inmates within the dorm continued to refuse loud verbal commands and actively make threats while armed with knives and broom handles. The CERT Members entered with full tactical gear and riot shields in hand while armed with intermediate non/Lethal impact weapons such as; MK-37 rifles, 12 gauge bean bag round shotguns and 37 mm lethal weapons. None of the weapons mentioned were used during the incident.  Several of the inmates continued to be actively aggressive and hostile after orders were given, by standing on their beds and reaching for inmate made knives and brooms. As the CERT Team entered each non compliant and aggressive inmate was apprehended by utilizing empty hand techniques by way of two-on-one takedowns, and non-lethal force by way of baton and performing different angle thrust with the tip of the batons. Baton strikes were angled towards the chest and back areas of the aggressive and combative subjects. After reviewing each inmate's medical assessment, no noted serious bodily or life threatening injuries were documented. The CERT Team utilized the minimal force necessary to gain compliance with the non compliant inmates. All force ceased after each inmate were placed in flex cuffs to inhibit movement and each inmate was escorted to the infirmary for a medical assessment.
5/16/2017 12:07 PM by \alan.thompson

**Recommendations of Investigating Officer:**

After reviewing the statements, medical assessments and considering the totality of the circumstances along with all elements presented; the force used by the CERT Team Members were justified and reasonable.  Captain Alan Thompson feels there was evident proof of immediate threats to the safety of the officers, staff, inmates and the institution based on the actively combative subjects who were apprehended.  All forms of verbal de-escalation had failed; therefore, the level of resistance changed the level of forced that was applied.  The severity of the incident gains notice when considering the number of inmates who were actively involved and fully resistant with weapons in hand.  The minimal amount of force was used to gain control of each subject involved in the incident.

_____

**Captain Alan Thompson Signature**

5/16/2017

Date

Exhibit B