## CERTIFICATE OF RECORDS

I hereby certify that I am the legal custodian and keeper of the records of the Conrad Robert AIS:226791 and that the documents attached hereto are true and accurate copies of documents pertaining to Conrad Robert as they appear on record and on file in my office at Holman Correctional facility

I further certify that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

Signed this the 10th day of May , 2017.

Debra Marshall
CUSTODIAN OF RECORDS

Sworn to and subscribed before me this 10 day of May , 2017.

Jennifer R. Parker
NOTARY PUBLIC

My Commission Expires: _____ **My Commission Expires 3/26/2020**

Exhibit Z

# Alabama Department of Corrections

HLM-MAIN-6263    Medication Administration Record  March 31, 2017  - April 06, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CONRAD, ROBERT T**

**DIBUCAINE (30GM) 1% OINT   1 DOSE**
NUPERCAINAL (NUPERCAINAL)
Topical DAILY (90 Days)
for superficial nerve pain overlying plates in Lt ankle
APPLY TOPICALLY DAILY  FOR EXTERNAL USE ONLY
Rx 217165864 O/D:03/09/17  D/C:06/06/17

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 04:00 | K | K | K | K | K | K | K |

Physician: HARTZ            , TERESA NP

**GABAPENTIN 300 MG CAPS   1 DOSE**
NEURONTIN (NEURONTIN)
Oral THREE TIMES A DAY (90 Days)
for neuropathic pain in reconstructed ankle
TAKE 1 CAP BY MOUTH THREE TIMES DAILY  MAY CAUSE DROWSINESS
Rx 217164278 O/D:03/09/17  D/C:06/06/17

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| 04:00 | N | N | N | N | N | N | N |
| 11:00 | SJ | AW | DD | SJ | SJ | SJ | SJ |
| 16:00 | TY | AP | AP | AP | WS | AP | AP |

Physician: HARTZ            , TERESA NP

DOB [REDACTED]    Sex:M

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A
CONRAD, ROBERT THOMAS

Allergies: No Known Drug Allergy

DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
          On Hold

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

4/7/17   9:10

Exhibit Z Page 1 of 1

## Alabama Department of Corrections
### Medication Administration Record  February 01, 2017 - February 28, 2017

HLM-SEG-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CONRAD, ROBERT T**
**IBUPROFEN 200 MG TABS**  1
**DOSE**
**ADVIL (ADVIL)**
Oral THREE TIMES A DAY (14 Days)
PRN
for Pain
TAKE 2 TABS BY MOUTH THREE TIMES DAILY  AS NEEDED  TAKE WITH FOOD
R... 51822746O/D:01/31/17  D/C:02/13/17

Row 1: AP | NJ | WS | LD | DD | AP
Row 2: AP

Physician: ARNOLD          , PATRICK H MD

<div style="color:red">CONFIDENTIAL & PRIVILEGED
Quality Improvement Information</div>

DOB ▓▓▓▓▓▓   Sex:M     Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A           DOC #226791
CONRAD, ROBERT THOMAS

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
       On Hold



3/2/17  8:36

Exhibit Z Page 1 of 1

# Alabama Department of Corrections

**Medication Administration Record  January 01, 2017  - January 31, 2017**

| Medications | HLM-SEG-6263 | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CONRAD, ROBERT T**

**IBUPROFEN 200 MG TABS    1**
**DOSE**
ADVIL (ADVIL)
Oral THREE TIMES A DAY (14 Days)
PRN
for Pain
TAKE 2 TABS BY MOUTH THREE TIMES DAILY  AS NEEDED  TAKE WITH FOOD
Rx /1822746O/D:01/31/17  D/C:02/13/17

AP

Physician: ARNOLD         , PATRICK H MD

DOB [REDACTED]    Sex:M    Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS

DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

2/6/17  10:17

Exhibit Z

Page 1 of 1

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

# Alabama Department of Corrections

**HLM-MAIN-6263**

Medication Administration Record  January 01, 2017  - January 31, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CONRAD, ROBERT T** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **IBUPROFEN 200 MG TABS** 1 DOSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | AP |

**ADVIL (ADVIL)**
Oral THREE TIMES A DAY (14 Days)
PRN
for Pain
TAKE 2 TABS BY MOUTH THREE TIMES DAILY  AS NEEDED  TAKE WITH FOOD
Rx 206182274 O/D:01/31/17  D/C:02/13/17

Physician: ARNOLD        , PATRICK H MD

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

DOB: ▮▮▮   Sex:M   Allergies: No Known Drug Allergy
Unit: HLM-MAIN-6263
Diagnosis:

B,1,80A
CONRAD, ROBERT THOMAS    DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/ On Hold

Exhibit Z Page 1 of 1

4/26/17  8:57

# Alabama Department of Corrections

**HLM-MAIN-6263**

Medication Administration Record  January 01, 2017  - January 31, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| AP | Primm, Alberta, LPN |
|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB:          Sex:M          Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS          DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold



4/26/17  8:57

Exhibit Z Page 1 of 1

## Alabama Department of Corrections

**HLM-MAIN-6263**

Medication Administration Record  February 01, 2017 - February 28, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CONRAD, ROBERT T** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **IBUPROFEN 200 MG TABS** 1 | | AP | NJ | WS | LD | DD | AP | | | | | | | | | | | | | | | | | | | | | | | | | |
| **DOSE** | | | AP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**ADVIL (ADVIL)**
Oral THREE TIMES A DAY (14 Days)
PRN
for Pain
TAKE 2 TABS BY MOUTH THREE TIMES DAILY  AS NEEDED  TAKE WITH FOOD
Rx 206182274 O/D:01/31/17  D/C:02/13/17
Physician: ARNOLD          , PATRICK H MD

DOB: [redacted]   Sex:M   Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS   DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/ On Hold



4/26/17  8:57

**Exhibit Z** Page 1 of 1

# Alabama Department of Corrections

HLM-MAIN-6263

## Medication Administration Record  February 01, 2017 - February 28, 2017

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AP | Primm, Alberta, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DD | Dortch, Darcel, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LD | Dixon, Lisa, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NJ | Jackson, Nykeiliya, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WS | Sturdivant, Wanda, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB: █████████  Sex:M    Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS    DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold



4/26/17  8:57

Exhibit Z

# Alabama Department of Corrections

HLM-MAIN-6263

## Medication Administration Record  March 01, 2017 - March 31, 2017

**CONRAD, ROBERT T**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DIBUCAINE (30GM) 1% OINT   1 DOSE** NUPERCAINAL (NUPERCAINAL) Topical DAILY (90 Days) for superficial nerve pain overlying plates in Lt ankle APPLY TOPICALLY DAILY FOR EXTERNAL USE ONLY Rx 217165864 O/D:03/09/17  D/C:06/06/17 | 04:00 | | | | | | | | | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K |
| Physician: HARTZ          , TERESA NP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **GABAPENTIN 300 MG CAPS   1 DOSE** NEURONTIN (NEURONTIN) Oral THREE TIMES A DAY (90 Days) for neuropathic pain in reconstructed ankle TAKE 1 CAP BY MOUTH THREE TIMES DAILY  MAY CAUSE DROWSINESS Rx 217164278 O/D:03/09/17  D/C:06/06/17 | 04:00 | | | | | | | | | N | N | DD | N | AL | N | JL | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| | 11:00 | | | | | | | | | N | N | DM | AW | SJ | RC | SJ | SJ | AW | LD | N | SJ | SJ | SJ | SJ | AW | N | N | SJ | SJ | SJ | SJ | SJ |
| | 16:00 | | | | | | | | | N | AP | TY | AW | AP | AP | AP | N | TY | AP | AP | AP | AP | AP | AP | TY | JS | N | AP | AP | N | TY | |
| Physician: HARTZ          , TERESA NP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



DOB▮▮▮▮▮▮▮  Sex:M          Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A                    DOC #226791

CONRAD, ROBERT THOMAS

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
          On Hold

4/26/17  8:58

*Exhibit Z* Page 1 of 1

# Alabama Department of Corrections

**HLM-MAIN-6263**

Medication Administration Record  March 01, 2017  - March 31, 2017

| Medications | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | Long, Arthur, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AP | Primm, Alberta, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AW | Weaver, Anita, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AW | Wall, Ashley, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DD | Dortch, Darcel, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DM | Moody, Dedra, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | Scheduler, HCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JL | Langford, Jonathan, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JS | Stewart, Janet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LD | Dixon, Lisa, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RC | Carnley, Rachael, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SJ | Johnson, Shirley, Pharmacy I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TY | Young, Tamekia, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

DOB ▓▓▓▓▓   Sex:M       Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS          DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

4/26/17  8:58

**Exhibit Z** Page 1 of 1

# Alabama Department of Corrections

HLM-MAIN-6263

Medication Administration Record  April 01, 2017 - April 30, 2017

**CONRAD, ROBERT T**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DIBUCAINE (30GM) 1% OINT 1 DOSE** NUPERCAINAL (NUPERCAINAL) Topical DAILY (90 Days) for superficial nerve pain overlying plates in Lt ankle APPLY TOPICALLY DAILY FOR EXTERNAL USE ONLY Rx 217165864 O/D:03/09/17  D/C:06/06/17 | 04:00 | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | K | | | | | | |
| Physician: HARTZ        , TERESA NP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **GABAPENTIN 300 MG CAPS 1 DOSE** NEURONTIN (NEURONTIN) Oral THREE TIMES A DAY (90 Days) for neuropathic pain in reconstructed ankle TAKE 1 CAP BY MOUTH THREE TIMES DAILY  MAY CAUSE DROWSINESS Rx 217164278 4 O/D:03/09/17  D/C:06/06/17 | 04:00 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | | | | | | |
| | 11:00 | AW | DD | SJ | SJ | SJ | SJ | SJ | AW | N | AW | SJ | SJ | EG | LD | AW | N | N | LD | AW | SJ | EG | AW | N | LD | LD | | | | | | |
| | 16:00 | AP | AP | AP | WS | AP | AP | AP | TY | TY | AP | AP | AP | TY | JS | RH | RH | TY | TY | WS | AP | AP | TY | N | AP | AP | | | | | | |
| Physician: HARTZ        , TERESA NP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB [redacted]        Sex:M          Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS          DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
        On Hold

4/26/17  8:58

Exhibit Z

# Alabama Department of Corrections

HLM-MAIN-6263     Medication Administration Record   April 01, 2017  - April 30, 2017

| Medications | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AP | Primm, Alberta, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AW | Weaver, Anita, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AW | Wall, Ashley, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DD | Dortch, Darcel, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EG | Gray, Ellen, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | Scheduler, HCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JS | Stewart, Janet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LD | Dixon, Lisa, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RH | Hodges, Ronnesha, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| S, | Johnson, Shirley, Pharmacy I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| T | Young, Tamekia, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WS | Sturdivant, Wanda, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ▮▮▮▮▮    Sex:M    Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS    DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
    On Hold

4/26/17  8:58

Exhibit Z   Page 1 of 1

# Alabama Department of Corrections
## Medication Administration Record   November 01, 2016 - November 30, 2016

HLM-SEG-6263

**Medications**

### CONRAD, ROBERT T

**APAP 325 MG TABS TYLENOL 1 DOSE (TYLENOL)**
Oral THREE TIMES A DAY (10 Days)
for Pain
TAKE 2 TABS BY MOUTH THREE TIMES DAILY
Rx 1896853640/D:11/18/16  D/C:11/27/16

Physician: ARNOLD          , PATRICK H MD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 04:00 | | | | | | | | | | | | | | | | | | N | RW | AW | N | N | N | JL | N | AP | LD | | | | |
| 11:00 | | | | | | | | | | | | | | | | | | LD | N | N | N | N | SJ | LD | N | LD | N | | | | |
| 16:00 | | | | | | | | | | | | | | | | | | AP | TY | AW | N | AP | AP | N | TY | N | N | | | | |

**IBUPROFEN 200 MG TABS 1 DOSE ADVIL (ADVIL)**
Oral TWICE A DAY (7 Days)
TAKE 2 TABS BY MOUTH TWICE DAILY FOR 7 DAYS  TAKE WITH FOOD
Rx 1888348471O/D:11/11/16  D/C:11/17/16

Physician: ARNOLD          , PATRICK H MD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 04:00 | | | | | | | | | | | N | LD | N | SJ | LD | LD | | | | | | | | | | | | | | | |
| 16:00 | | | | | | | | | | | N | N | LD | N | N | N | N | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB: ████  Sex:M    Allergies: No Known Drug Allergy
Unit: HLM-MAIN-6263
Diagnosis:

B,1,80A
CONRAD, ROBERT THOMAS          DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold



12/2/16  9:38

Exhibit Z

# Alabama Department of Corrections

## Medication Administration Record   November 01, 2016 - November 30, 2016

HLM-MAIN-6263

**CONRAD, ROBERT T**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APAP 325 MG TABS TYLENOL 1 DOSE (TYLENOL) | 04:00 | | | | | | | | | | | | | | | | | | N | RW | AW | N | N | N | JL | N | AP | LD | | | | |
| Oral THREE TIMES A DAY (10 Days) for Pain | 11:00 | | | | | | | | | | | | | | | | | | LD | N | N | N | N | SJ | LD | N | LD | N | | | | |
| TAKE 2 TABS BY MOUTH THREE TIMES DAILY | 16:00 | | | | | | | | | | | | | | | | | | AP | TY | AW | N | AP | AP | N | TY | N | N | | | | |

Rx 189685364(O/D:11/18/16  D/C:11/27/16
Physician: ARNOLD          , PATRICK H MD

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBUPROFEN 200 MG TABS 1 DOSE (ADVIL) | 04:00 | | | | | | | | | | | N | LD | N | SJ | LD | LD | | | | | | | | | | | | | | | |
| Oral TWICE A DAY (7 Days) | 16:00 | | | | | | | | | | | N | N | LD | N | N | N | N | | | | | | | | | | | | | | |

TAKE 2 TABS BY MOUTH TWICE DAILY FOR 7 DAYS   TAKE WITH FOOD
Rx 188834847(O/D:11/11/16  D/C:11/17/16
Physician: ARNOLD          , PATRICK H MD

DOB ███████  Sex:M   Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS          DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold



Exhibit Z

# Alabama Department of Corrections

**HLM-MAIN-6263**

Medication Administration Record   November 01, 2016  - November 30, 2016

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AP | Primm, Alberta, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AW | Wall, Ashley, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | Scheduler, HCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JL | Langford, Jonathan, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LD | Dixon, Lisa, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RW | Wilkins, Randy, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SJ | Johnson, Shirley, Pharmacy I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TY | Young, Tamekia, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOE █████████   Sex:M      Allergies: No Known Drug Allergy

Unit: HLM-MAIN-6263

Diagnosis:

B,1,80A

CONRAD, ROBERT THOMAS       DOC #226791

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

4/26/17  8:56

Exhibit Z <sub>Page 1 of 1</sub>

# Alabama Department of Corrections

## Medication Administration Record    -



| Medications | | | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx | O/D: | D/C: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB:        Sex:        Allergies:

Unit:

Diagnosis:

DOC #

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
        On Hold

Exhibit Z

# Alabama Department of Corrections
## Medication Administration Record -

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB:          Sex:          Allergies:

Unit:

Diagnosis:

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
          On Hold

DOC #

Exhibit Z Page 1 of 1

## Alabama Department of Corrections
## Medication Orders

CONRAD, ROBERT THOMAS

Inmate ID: 226791

HLM-MAIN-6263

**Allergies: No Known Drug Allergy**

Order Entry:

Start

| | | |
|---|---|---|
| | Start | Stop |
| | 1/31/17  1:00 | 2/13/17  23:59 |

Entered
1/30/17  23:59

ibuprofen Oral 200 mg        400 mg
TAB (ADVIL)
Oral THREE TIMES A DAY (14 Days)
PRN
for Pain

Young,Tamekia

ARNOLD,PATRICK H MD

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit Z                    Page 1 of 1



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** May I please see the doctor. I have pins, screws, and plates in my left ankle. However, I It seems as if where one of the pins is at is swelling and is hurting very bad. The whole left side of my ankle has gotten sensitive to touch and I really need it looked at... Thank you

Name (print): Robert Conrad          AIS # 226791          Date of Birth: ▮▮▮

Institution: HCF          Housing Area: B-80          Date: 1-30-17

Sick Call Form Collected by Health Staff: ___ (initials) Title: ___ Date: 30 17 Time: 305

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: J. Campbell, RN          Date:

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

✓ $4.00 - Nurse

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

____ $4.00 – **Scheduled but Refused Encounter**

2 ✓ Referral for follow up required; to be scheduled

(a) ✓ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

Duplicate from 1/27/17

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name                                                  AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit Z



# Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:** I have Pins, screws and plates in my left ankle from when I broke it months ago. I was taken off my medication for what reason I don't know, however my ankle has been bothering me and I would like to have it looked at to make -sure everything is okay.

Name (print): Robert Conrad    AIS # 226791    Date of Birth ▓▓▓

Institution: Holman    Housing Area: B-80    Date: 1/27/17

Sick Call Form Collected by Health Staff: _____ (initials) Title: LPN  Date: 1/27/17 Time: 140

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title:                                        Date:

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter            2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**                        (a) _____ Medical Provider

_____ $4.00 - Nurse                            (b) _____ Dental Clinic

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge    (c) _____ Mental Health Services

_____ $4.00 – **Scheduled but Refused Encounter**    (d) _____ Other:_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

---

Inmate Name                                        AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit Z



**Nursing Encounter Tool**
*Musculoskeletal*
*(Back Pain, Musculoskeletal, Fracture)*

| Demographic/Vital Signs | | | | | |
|---|---|---|---|---|---|

Facility Name: Holman   Location Seen: HU   Date Seen: 1/30/17   Time Seen: 1735

Patient Name: Last Conrad   First Robert   MI   ID # 226791   DOB: ___ Age: 36

Vital Signs: *T>100 *P>100   *SBP<100   *Call Practitioner   T:98.7 P:71 R:   BP:145/103 Pulse Ox: 99% □RA □O₂: ___/lpm Wt: 168 □Reported ☑Actual

Allergies: NKA

Chronic care clinic: □Y ☑N   What Clinic(s):

## Subjective

Chief Complaint: ① Ankle has pins + 2 plates
Onset Date: 3 days ago   Swollen

□ Trauma
Describe injury: ① ___
□ Difficulty breathing
□ Pain ☑ Chronic □ Acute
      □ Dull □ Sharp ☑ Achy □ Burning
□ Pain scale is now 7/10 at worst 10/10
What makes it better: Off feet
What makes it worse: ___
□ Radiation
Describe: ___

**Associated Factors:**
□ Urinary incontinence □ Painful urination
□ Fecal incontinence □ Tingling
□ Nausea/vomiting □ Abdominal pain □ Fever
☑ Numbness: □ Chronic □ Acute Describe: ___
□ Weakness: □ Chronic □ Acute Describe: ___
□ Weight change □ Gain: ___ □ Loss: ___
□ Impaired mobility □ Impaired ADL's

**Current Medications: (mark all that apply)**
□ Steroids □ NSAIDS □ Anticoagulants
□ New medication in the past 30 days?
What medication: ___

**Pertinent Medical Conditions:**
□ Arthritis
□ Cancer
□ Osteoporosis
□ Kidney disease/stones
□ Back surgery
□ Working lifting heavy objects
Explain: ___
□ Recent weight lifting ___ lbs.
□ Other: ___

Tetanus Booster >5 years □Y □N □Unknown
Ever had a Tdap □Y □N □Unknown

## Objective

**Skin**
☑ Warm ☑ Dry □ Pale
□ Red □ Cold □ Clammy □ Scratching □ Bruising

**Abdomen**
☑ Normal
□ Pulsatile mass in abdomen
□ Lumps □ Redness

**Extremities**
☑ Pedal pulse: +2 R +1 L □ Radial pulse: ___ R ___ L
☑ Handgrips equal and strong
□ Handgrips unequal and weak
Describe: ___
☑ Tender to touch
Describe: ① foot
☑ Straight leg raise equal and strong
□ Straight leg raise unequal and weak
Describe: ___
☑ Posture erect
□ Posture not erect
Describe: ___
☑ Gait symmetrical
□ Gait not symmetrical
Describe: ___
☑ Able to walk heel to toe
☑ Able to squat and rise

**Tests**
□ Fingerstick result ___ (diabetics)
□ Dipstick U/A □ Normal □ Abnormal (see lab slip)
(Back pain or excessive exercise)

**Comments:**
___

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Nurse signature: ___   Print/stamp: T. Young



# Nursing Encounter Tool
## *Musculoskeletal*
### (Back Pain, Musculoskeletal, Fracture)

| Patient | Last Conrad | First Roberts | ID Number 226791 |
|---|---|---|---|

## ☐ Emergent Intervention

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

| | |
|---|---|
| EMS process activated | Time: _____ |
| EMS arrival | Time: _____ |
| EMS transport | Time: _____ |
| Facility transported to: _____ | |
| ☐ Other: _____ | |

**COMMENTS:**

## ☐ Urgent Intervention-Contact Practitioner

### Practitioner contact required due to: (check all that apply)

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100   ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Abnormal abdominal exam   ☐ Abnormal dipstick UA
☐ Positive straight leg raise
☐ Numbness/weakness (acute)
☐ Decreased ROM   ☐ Other: _____
☐ Obvious deformity   Reviewed with practitioner: ☐ MAR  ☐ Medical record
☐ Uncontrolled bleeding   ☐ Seen by practitioner   Name: _____   Time: _____
☐ Absence of pedal or radial pulse   ☐ Contacted practitioner  Name: _____   Time: _____
Practitioner Orders Received ☐ Y ☐ N   ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____

**COMMENTS/ORDERS:**

## ☑ Nursing Intervention

| **CONTINUITY OF CARE** | **MEDICATION** |
|---|---|
| ☐ Nurse follow up scheduled | ☐ O₂ @ _____ LPM via _____ |
| ☐ Referral to practitioner for current presenting complaint | ☐ OTC medication per site guideline |
| | List: Acetaminophen, Ibuprofen |
| ☐ Custody notified of special needs | ☐ KOP |
| | ☑ Medication administered |
| ☐ No further follow up needed at this time | ☑ Medication noted on MAR |

### PATIENT EDUCATION

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Education given   ☐ Written information provided   ☑ Verbal education given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**

motrin 200mg x2 tab 400mg TID PRN
x 14 days NP Appt. Scheduled

| Nurse signature | Print/stamp | Date/time 1/3/17 |
|---|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit Z



**CORIZON**
HEALTH

**Nursing Encounter Tool**
*Musculoskeletal*
*(Back Pain, Musculoskeletal, Fracture)*

| Demographic/Vital Signs | | | | | |
|---|---|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | | Date Seen: 11/17/16 | | Time Seen: 1952 |
| Patient Name: Last Conrad | First Robert | MI | ID # 226791 | DOB: ▇▇▇ | Age: |

| Vital Signs: | *T>100 | *P>100 | | *SBP<100 | | ☑ Actual |
|---|---|---|---|---|---|---|
| *Call Practitioner | T: 98.9 | P: 68 | R: 16 | BP: 156/95 | Pulse Ox: 99 % ☑RA ☐ O₂: /lpm Wt: 172 | ☐ Reported |

Allergies: NKA
Chronic care clinic: ☐ Y ☑ N    What Clinic(s):

| Subjective | Objective |
|---|---|
| Chief Complaint: Broke Ankle | **Skin** |
| Onset Date: Few mths ago | ☑ Warm ☑ Dry ☐ Pale |
| | ☐ Red ☐ Cold ☐ Clammy ☐ Scratching ☐ Bruising |
| ☐ Trauma | |
| Describe injury:_____ | **Abdomen** |
| ☐ Difficulty breathing | ☑ Normal |
| ☐ Pain ☐ Chronic ☐ Acute | ☐ Pulsatile mass in abdomen |
| ☐ Dull ☐ Sharp ☐ Achy ☐ Burning | ☐ Lumps ☐ Redness |
| ☐ Pain scale is now_____/10 at worst _____/10 | |
| What makes it better: _____ | **Extremities** |
| What makes it worse: _____ | ☑ Pedal pulse: + R + L ☑ Radial pulse: + R + L |
| ☐ Radiation | ☑ Handgrips equal and strong |
| Describe:_____ | ☐ Handgrips unequal and weak |
| | Describe:_____ |
| **Associated Factors:** | ☐ Tender to touch |
| ☐ Urinary incontinence ☐ Painful urination | Describe:_____ |
| ☐ Fecal incontinence ☐ Tingling _____ | ☑ Straight leg raise equal and strong |
| ☐ Nausea/vomiting ☐ Abdominal pain ☐ Fever | ☐ Straight leg raise unequal and weak |
| ☐ Numbness: ☐ Chronic ☐ Acute Describe: _____ | Describe:_____ |
| ☐ Weakness: ☐ Chronic ☐ Acute Describe: _____ | ☑ Posture erect |
| ☐ Weight change ☐ Gain:_____ ☐ Loss:_____ | ☐ Posture not erect |
| ☐ Impaired mobility ☐ Impaired ADL's | Describe:_____ |
| | ☑ Gait symmetrical |
| **Current Medications: (mark all that apply)** | ☐ Gait not symmetrical |
| ☐ Steroids ☐ NSAIDS ☐ Anticoagulants | Describe:_____ |
| ☐ New medication in the past 30 days? | ☑ Able to walk heel to toe |
| | ☐ Able to squat and rise |
| What medication:_____ | |
| | **Tests** |
| **Pertinent Medical Conditions:** | ☐ Fingerstick result_____ (diabetics) |
| ☐ Arthritis | ☐ Dipstick U/A ☐ Normal ☐ Abnormal (see lab slip) |
| ☐ Cancer | (Back pain or excessive exercise) |
| ☐ Osteoporosis | |
| ☐ Kidney disease/stones | **Comments:** Horseplaying c̄ other inmates |
| ☐ Back surgery | 2 broke ankle |
| ☐ Working lifting heavy objects | |
| Explain:_____ | |
| ☐ Recent weight lifting _____ lbs. | |
| ☐ Other: _____ | |
| **Tetanus Booster >5 years** ☐ Y ☐ N ☐ Unknown | |
| Ever had a Tdap ☐ Y ☐ N ☐ Unknown | |

Nurse signature _____    Print/stamp: W. Sturdivant LPN

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

©2015 Corizon Health, Inc.
Page 1 of 2

**Exhibit Z**



**Nursing Encounter Tool**
*Musculoskeletal*
(Back Pain, Musculoskeletal, Fracture)

| Patient | Last  Conrad | First  Robert | ID Number  226791 |
|---|---|---|---|

### ☐ Emergent Intervention

| | |
|---|---|
| Practitioner notified: _____ Time:_____ | EMS process activated   Time:_____ |
| | EMS arrival   Time:_____ |
| **If CPR or AED is initiated use Emergency Response Form** | EMS transport   Time:_____ |
| | Facility transported to:_____ |
| | ☐ Other:_____ |

**COMMENTS:**

### ☐ Urgent Intervention-Contact Practitioner

**Practitioner contact required due to: (check all that apply)**

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100    ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Abnormal abdominal exam                                      ☐ Abnormal dipstick UA
☐ Positive straight leg raise
☐ Numbness/weakness (acute)
☐ Decreased ROM                     ☐ Other:_____
☐ Obvious deformity                 Reviewed with practitioner: ☐ MAR  ☐Medical record
☐ Uncontrolled bleeding             ☐ Seen by practitioner   Name:_____  Time:_____
☐ Absence of pedal or radial pulse  ☐ Contacted practitioner  Name:_____  Time:_____
Practitioner Orders Received ☐ Y ☐ N   ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:_____

**COMMENTS/ORDERS:**

### ☑ Nursing Intervention

| **CONTINUITY OF CARE** | **MEDICATION** |
|---|---|
| ☐ Nurse follow up scheduled | ☐ O₂ @_____ LPM via_____ |
| ☐ Referral to practitioner for current presenting complaint | ☐ OTC medication per site guideline |
| | List: Acetaminophen, Ibuprofen |
| ☐ Custody notified of special needs | ☐ KOP |
| | ☑ Medication administered |
| ☑ No further follow up needed at this time | ☑ Medication noted on MAR |

**PATIENT EDUCATION**

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Education given   ☑ Written information provided   ☑ Verbal education given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**
Tylenol 650mg TID x 10 days

| Nurse signature | W. Sturdivant LPN  Print/stamp | 11/17/16  1952  Date/time |
|---|---|---|

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit Z



## Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

This a matter concerning my ankel I broke a few months ago. I have two plates & screws in; I've been dealing with the pain, however, I need to be readmitted back on some medication please. My ankel is hurting. Thank you. I was taken off meds.

Name (print): Robert Conrad    AIS # 226791    Date of Birth ▮▮▮▮

Institution: Holman    Housing Area: B-95    Date: 11-16-16

Sick Call Form Collected by Health Staff: _____ (initials) Title: ____ Date: _____ Time: ____

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____    Date: 11-17-16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

  **Co-Pay Fee Incurred:**

  ____ $4.00 - Nurse

  ____ $4.00 - OTC(s); **If Restrictive Housing**-no OTC charge

  ____ $4.00 - **Scheduled but Refused Encounter**

2 ____ Referral for follow up required; to be scheduled

  (a) ____ Medical Provider

  (b) ____ Dental Clinic

  (c) ____ Mental Health Services

  (d) ____ Other:_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name _____    AIS# _____

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit Z



**Nursing Encounter Tool**
*Headache*

| Demographic/Vital Signs | | | | |
|---|---|---|---|---|
| Facility Name: Holman | Location Seen: HCU | Date Seen: 11-11-16 | Time Seen: 0510 | |
| Patient Name: Last Conrad | First Robert MI | ID # 262 226791 DOB | 36 | |

Vital Signs:
*Call Practitioner
*T>100 T:98 *P>100 P:96 R:16 *SBP<100 BP:140/92 Pulse Ox: 98% RA ☐ O₂: ____ /lpm Wt: 163 ☑ Actual ☐ Reported

Allergies: NKDA
Chronic care clinic: ☐ Y ☑ N   What Clinic(s):

## Subjective

Chief Complaint: Been having HA
Onset Date: 11-9-11   Time:
Have you had this problem before? ☐ Y ☑ N
Describe:
Last oral intake (time) 0400 Meal (food) ☐ Liquid
☑ Trauma
Describe injury: Pt states he was hit in
☑ Pain Describe location: Back (R) side the head
☑ Pain scale now ___/10 at worst ___/10
What makes it better: ∅
What makes it worse: ∅
☐ Throbbing
☐ Sharp
☐ Pressure
☐ Dull/achy
☐ Pulsating
☐ Pain in the jaw when chewing
☐ Other:
**Associated Factors:**
☑ Dizziness
☐ Loss of consciousness
☐ Visual changes
☐ Light sensitivity (photophobia)
☐ Hearing sensitivity (phonophobia)
☐ Sinus congestion
☐ Sinus tenderness
☐ Neck pain
☐ Neck stiffness
☐ Nausea/vomiting ___ times past 24 hours
**Current Medications: (mark all that apply)**
☐ Anticoagulants
☐ NSAIDS NONE
☐ For headache:
☐ Other:
☐ New medication within past 30 days?
What medication:
**Pertinent Medical Conditions:**
☐ HTN
☐ CVA
☐ Chronic headaches NONE
☐ Sinusitis
☐ Migraines
☐ Other:

## Objective

**Mental Status:**
☑ Alert
☐ Confused

**Oriented to:**
☑ Person
☑ Place
☐ Time

**Eyes:**
☑ Normal
☐ Tearing ☐ Eyelid drooping ☐ Puffy
☐ Conjunctiva pale ☐ Red ☐ Watery
☑ PERRL ☐ Unequal/abnormal ☐ Pinpoint
☐ Swollen ☐ Left ☐ Right
☐ Bruising ☐ Left ☐ Right

**Temple:**
☑ Non tender   ☐ Tender

**Skin:**
☑ Warm ☐ Dry ☐ Pale ☐ Cold ☐ Clammy

☑ Normal facial symmetry
If not describe:

**Neck:**
☐ Neck supple
If not describe:

☐ Hand grip equal and strong
If not describe:

☑ Gait: able to walk/normal gait
If not describe:

**Comments:**

Nurse signature
Print/stamp

CONFIDENTIAL & PRIVILEGED Quality Improvement Information



**Nursing Encounter Tool**
*Headache*

| Patient | Last | Conrad | First | Robert | ID Number | 226791 |

| ☐ Emergent Intervention |

Practitioner notified: _____ Time: _____

**If CPR or AED is initiated use Emergency Response Form**

EMS process activated          Time: _____
EMS arrival                    Time: _____
EMS transport                  Time: _____
Facility transported to: _____
☐ Other: _____

**COMMENTS:**

---

| ☐ Urgent Intervention-Contact Practitioner |

**Practitioner contact required due to: (check all that apply)**

☐ Abnormal vital signs (*Rule of 100s*)T>100, P>100, SBP<100
☐ Grip weak/unequal  ☐ Worst headache ever
☐ Visual changes  ☐ Loss of consciousness          ☐ Other: _____
☐ Nausea/vomiting > 24 hours
☐ Recent head injury          Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Gait abnormal               ☐ Seen by practitioner   Name: _____ Time: _____
☐ Altered mental status ☐ Pupils unequal/abnormal   ☐ Contacted practitioner  Name: _____ Time: _____
☐ Jaw pain when chewing
☐ Temple tenderness
Practitioner Orders Received ☐ Y  ☐ N          ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☐ Other: _____

**COMMENTS/ORDERS:**

---

| ☑ Nursing Intervention |

**CONTINUITY OF CARE**                          **MEDICATION**

☐ O₂ @ _____ LPM via _____
☐ Nurse follow up scheduled                     ☐ OTC medication per site guideline
☐ Referral to practitioner for current presenting complaint   List: Acetaminophen, Ibuprofen, Excedrin for Migraine
☐ Referred to practitioner multiple visits for same complaint
☐ Referred to practitioner for evaluation of enrollment in CCC   ☐ KOP
☐ Custody notified of special needs             ☑ Medication administered
☐ No further follow up needed at this time      ☑ Medication noted on MAR

**PATIENT EDUCATION**

☑ Patient educated to contact medical if symptoms develop or worsen
☐ Written information provided    ☑ Verbal information given
☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:** Ibuprofen 400 mg PO BID x 7(d)
⊕ edema / bruising noted to back of head.
Area was tender to touch

Nurse signature: *Ali all RN*          Print/stamp: *Ali all RN*          Date/time: 11/5/16 / 0507

CONFIDENTIAL & PRIVILEGE
Quality Improvement

Exhibit Z



## Alabama Department of Corrections
## Sick Call Request



---

**Reason for Sick Call Request:**

I was hit across the back of the head by one of the Cert team members and need to see if anything major is wrong. I have been getting dizzy on and off and having headaches on and off. I put Ice on it but I want to get chec

Name (print): Robert Conrad   AIS # 226794   Date of Birth:

Institution: Holman   Housing Area: B-95   Date:  / /

Sick Call Form Collected by Health Staff: JP (initials) Title: LV   Date: 10/11/4   Time: 1330

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter **Not** Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ✓ Bring to HCU at this time for further evaluation

    (2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: EGray RN   Date: 11/04/6

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**

    (a) _____ Medical Provider

_____ $4.00 - Nurse

    (b) _____ Dental Clinic

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    (c) _____ Mental Health Services

_____ $4.00 – **Scheduled but Refused Encounter**

    (d) _____ Other:_____

---

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name                                         AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

Exhibit Z



## Progress Note

| Name: Conrad | Last Robert | | First 226791 | MI |
|---|---|---|---|---|

Date of Birth:          ID #:

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 11/10/16 | 1400 | notified officer K. Johnson CO at this time to bring pt to hcu at this time for further evaluation | [signature] |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CS1104

© 2015 Corizon Health, all rights reserved. Exhibit Z