STATE OF TENNESSEE             )

COUNTY OF __Montgomery__       )

### AFFIDAVIT OF MALLORIE MIXON BEASLEY

Before me, the undersigned authority, a Notary Public, in and for the State of Tennessee at Large personally appeared Mallorie Mixon Beasley, who being known by me and after being by me first duly sworn, deposes and says on oath as follows:

My name is Mallorie Mixon Beasley. I am over the age of twenty-one (21) years and I am a resident and citizen of the State of Tennessee.

I was employed, as Mallorie Mixon, by the Alabama Department of Corrections (ADOC) from February 2015-May 2017 as a Drug Treatment Counselor. During my employment with ADOC as a Drug Treatment Counselor, I was always assigned to work at Ventress Correctional Facility in Clayton, Alabama. I was never assigned to another ADOC correctional facility. While I was employed with ADOC, I never worked as a Correctional Officer and I never worked at Holman Correctional Facility (Holman) which is in Atmore, Alabama.

I understand I am named as a Defendant in lawsuits involving an incident that occurred at Holman on November 9, 2016 between the CERT team as well as several inmates. At the time of the incident, on November 9, 2016, I was, as noted above, working as a Drug Treatment Counselor at Ventress Correctional Facility in Clayton, Alabama.

Since I have never worked at Holman, was not working at Holman on November 9, 2016, have never worked as an ADOC correctional officer and have never worked on a C.E.R.T. team, I have no connection to this incident and I have no idea as to why my name was even involved in this. I have no knowledge of the alleged incident. I was not present at Holman before, after or during this alleged incident.

*Mallorie Mixon Beasley* (signature)
Mallorie Mixon Beasley

SWORN TO AND SUBSCRIBED TO before me on this the 22 day of February 2019.

*Michele E Ross* (signature)
Notary Public

My Commission Expires:
11/17/2020

[Notary Seal: MICHELE E. ROSS, STATE OF TENNESSEE NOTARY PUBLIC, MONTGOMERY COUNTY]