# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT THOMAS CONRAD, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:17-cv-107-TFM-N |
| JEFFERSON DUNN, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On February 6, 2020, the Magistrate Judge entered a Report and Recommendation (Doc. 130), to which no objections have been filed. After due and proper consideration of the issues raised, the Report and Recommendation is **ADOPTED** as the opinion of the Court. Accordingly, summary judgment is **GRANTED** in favor of all Defendants with the exception of Defendant Terry Edwards who has not yet answered the complaint. Plaintiff's claims against these Defendants are **DISMISSED with prejudice**.

Additionally, the Magistrate Judge put the Plaintiff on notice of the intent to recommend the granting of summary judgment as to Defendant Terry Edwards for the same reasons articulated as to the other Defendants. Consequently, this matter is **REFERRED BACK** to the Magistrate Judge for a report and recommendation with respect the Defendant Terry Edwards.

**DONE** and **ORDERED** this 2nd day of March, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE