# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT THOMAS CONRAD,** | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:17-cv-107-TFM-N |
| **JEFFERSON DUNN,** *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date as well as the prior Memorandum Opinion and Order entered on March 2, 2020 (Doc. 131), it is **ORDERED, ADJUDGED**, and **DECREED** that summary judgment is granted on behalf of the Defendants and Plaintiff's claims are **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 27th day of March, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE